**A. H. ARNOLD & COMPANY, a Corporation v. Michael N. KENNEDY, Trustee of the Golden Guernsey Dairy, Inc., Bankrupt.**

No. 6965.

Circuit Court of Appeals, Sixth Circuit.

April 9, 1936.

Clarence E. Butler, of Benton Harbor, Mich., for appellant.

Jackson, Fitzgerald & Dalm, of Kalamazoo, Mich., for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

The court being of opinion that the contract under which the appellant seeks reclamation is a chattel mortgage and not a conditional sales contract with retention of title in the seller, it is ordered that the judgment of the District Court denying reclamation be affirmed.

**A. H. ARNOLD & COMPANY, a Corporation, v. Michael N. KENNEDY, Trustee of the Merkle Dairy Company, Bankrupt.**

No. 7218.

Circuit Court of Appeals, Sixth Circuit.

April 9, 1936.

Clair S. Beebe, of Kalamazoo, Mich., for appellant.

Fred G. Stanley, of Kalamazoo, Mich., for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

The court being of opinion that the contract under which the appellant seeks reclamation is a chattel mortgage and not a conditional sales contract with reten-tion of title in the seller, it is ordered that the judgment of the District Court deny-ing reclamation be affirmed.

**H. Ross AKE, Receiver, etc., Appellants, v. Horatio W. WALES, Appellee.**

No. 6985.

Circuit Court of Appeals, Sixth Circuit.

May 13, 1936.

Kenneth B. Cope, of Canton, Ohio, for appellants.

Arthur A. Miller, of Cleveland, Ohio, and Merle D. Evans, of Massillon, Ohio, for appellee.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Sufficient facts not being alleged in the bill of complaint or stated in the affidavits filed in support thereof to constitute a cause of action, it is ordered that the de-cree of injunction be set aside and the cause remanded, with permission to the ap-pellee to amend his bill, if he can or wishes to do so, to state a cause of action, and, should he file such amendment, for pro-ceedings thereafter according to the equity practice.

**Ford ALEXANDER, Appellant, v. UNITED STATES of America, Appellee.**

No. 8188.

Circuit Court of Appeals, Ninth Circuit.

Aug. 3, 1936.

George Bouchard, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.